IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01494-MSK-CBS

In Re:

KIMBERLY ANN STENERSON

      Debtor.

_____

KIMBERLY ANN STENERSON,

      Plaintiff,

v.

STENERSON, OLSON & LOWREY DEVELOPMENT, LLC, a Colorado
  limited liability company,
JEFFREY OLSON, and
JEFFREY LOWREY,

      Defendants.
_____

## ORDER SETTING CONFERENCE PURSUANT TO FED. R. CIV. P. 16
_____

      **THIS MATTER** comes before the Court pursuant to the Defendants' Motion to

Withdraw Reference **(# 1)**.  The Court will conduct a Scheduling Conference in this matter

pursuant to Fed. R. Civ. P. 16 on **Monday, October 23, 2006** at **4:00 p.m.**  Counsel shall be

prepared to address the scheduling of all pretrial matters.

      Dated this 21st day of September, 2006

                    **BY THE COURT:**

                    _____

                    Marcia S. Krieger
                    United States District Judge