## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patti Glover      Date:  October 23, 2006
Court Reporter:  Paul Zuckerman

Civil Action No. 06-cv-01494-MSK

| *Parties*: | *Counsel Appearing*: |
|---|---|
| KIMBERLY ANN STENERSON, | Stephen Nicholls |
| Plaintiff, | |
| v. | |
| STENERSON, OLSON & LOWREY DEVELOPMENT, LLC | David Michael Miller |
| JEFFREY OLSON | Douglas Wayne Brown |
| JEFFREY LOWREY, | |
| Defendants. | |

## MINUTES RULE 16 SCHEDULING CONFERENCE

**4:11 p m.**     **Court in session.**

Discussion regarding Motion to Withdraw Reference.

Discussion regarding consent to a magistrate judge.

**ORDER:**    Motion to Withdraw Reference (Doc. #1) is **GRANTED.**

**ORDER:**    The Court sets a deadline of 10 days for the filing of consent to magistrate jurisdiction, the complaint, and the answer.

**4:21 pm.**     **Court in recess.**
**Total Time:    10 minutes**
**Hearing Concluded.**