IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 06-cv-01494-MEH-CBS         Date:   July 19, 2007
Courtroom Deputy: Ellen E. Miller             **FTR – Courtroom C203**

| | |
|---|---|
| KIMBERLY ANN STENERSON, | Stephen C. Nicholls |
| Plaintiff, | |
| vs. | |
| STENERSON, OLSON & LOWREY DEVELOPMENT, LLC, | David Michael Miller |
| JEFFREY OLSON, individually, and JEFFREY LOWREY, individually, | Douglas Wayne Brown |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session:     9:30 a.m.**

Court calls case.  Appearances of counsel.

Discussion regarding the parties' Stipulated Motion to Hold Case in Abeyance.

Discussion is held regarding the parties agreeing to Administratively Close this case pursuant to D.C.COLO.LCivR 41.2.  The Court notes the case will be closed, without a judgment, until the parties either file a Stipulation of Dismissal or either party files a Motion to re-open the case to proceed with the litigation.

Discussion is held regarding the parties stipulating to a tolling agreement.

**It is   ORDERED:**     *Sua sponte ,* the Court directs the Clerk of the Court to ADMINISTRATIVELY CLOSE this case  pursuant to D.C.COLO.LCivR 41.2.   This case shall remain Administratively Closed until further order by the  Court.

**Court in recess:     9:44  a.m.  (Hearing concluded)**
**Total time in court:**  00:14